USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA         :    **ORDER**

   - v. -                       :    06 Cr. 504 (GEL)

ISRAEL CRUZ,                     :

           Defendant.       :

- - - - - - - - - - - - - - - -X

       Upon the annexed Affirmation and Application of the United States Attorney for the Southern District of New York, by Assistant United States Attorney Jason B. Smith, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, requesting that an Order be issued unsealing the Bronx County District Attorney's Office files and grand jury testimony listed below, to permit review of the files and grand jury testimony, and any other documents contained therein,

       IT IS HEREBY ORDERED, that the files maintained by the Bronx County District Attorney's Office and the grand jury testimony and associated court files relating to the July 25, 2007, arrest of ISRAEL CRUZ (Grand Jury # 44707(2007), B Panel,

9th Term; Arrest # B07657482; Complaint # 2007-046-09685), be unsealed to permit review of the contents of the files and testimony by the United States Attorney's office, counsel for the defendant and the Court.

Dated: New York, New York
       April 9, 2008

_____
HONORABLE GERARD E. LYNCH
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK