```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,

              -v-

ISRAEL CRUZ,

              Defendant.

------------------------------------------------------------x

06 Cr. 504 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    Upon the consent of the parties, it is hereby ORDERED that the above-captioned case is unsealed. However, any documents that were specifically filed under seal shall remain sealed unless otherwise ordered by the Court.

SO ORDERED.

Dated:      New York, New York
               April 21, 2008

                                                       _____
                                                          GERARD E. LYNCH
                                                     United States District Judge