UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
UNITED STATES OF AMERICA,                :
:
        -v-                                          :
:
ISRAEL CRUZ,                             :
:
                    Defendant.              :
:
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/8/08
```

06 Cr. 504 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

      Upon the consent of the parties, it is hereby ORDERED that the information, waiver of indictment, designation sheets, and advice of rights form (Doc. # 4) in the above-captioned case are unsealed.

SO ORDERED.

Dated:       New York, New York
               May 7, 2008

                                                              _____
                                                                  GERARD E. LYNCH
                                                                  United States District Judge