UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                             :

UNITED STATES OF AMERICA
                             :

      -v.-
                             :

ISRAEL CRUZ,
                             :

           Defendant.
                             :
- - - - - - - - - - - - - - - - - -x



ORDER OF FORFEITURE

S1 06 Cr. 504 (GEL)

        WHEREAS, on or about July 28, 2006, ISRAEL CRUZ (the "defendant"), was charged in an eleven-count Superseding Information S1 06 Cr. 504 (GEL) (the "Information") with conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349 (Count One); wire fraud, in violation of Title 18, United States Code, Section 1343 (Count Two); conspiracy to commit access device fraud, in violation of Title 18, United States Code, Section 1029(b)(2) (Count Three); access device fraud, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2 (Counts Four through Six); conspiracy to commit identification document fraud, in violation of Title 18, United States Code, Sections 1028(f) and 1028(b)(1)(D) (Count Seven); identification document fraud, in violation of Title 18, United States Code, Sections 1028(a)(7), 1028(b)(1)(D) and (2) (Counts Eight through Ten); bank fraud in violation of Title 18, United States Code, Section 1344 (Count Eleven);

        WHEREAS, the Information included a forfeiture allegation seeking, pursuant to Title 18, United States Code,

Sections 981 and 982 and Title 28, United States Code, Section 2461, all property, real and personal, that constituted or was derived from proceeds traceable to the commission of the fraud offenses charged in the Information;

WHEREAS, on or about July 28, 2006, the defendant ISRAEL CRUZ pled guilty to the Information, admitted to the forfeiture obligation as to all counts of the Information, and agreed to the imposition of a forfeiture money judgment in the amount of the proceeds that he received from the crimes charged in the Information (the "Money Judgment");

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offenses charged in the Information, for which the defendant pled guilty, a Money Judgment in the amount of $5,800 shall and hereby is entered against the defendant, pursuant to 18 U.S.C. §§ 981 and 982.

2. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, with the consent of the defendant, this Order of Forfeiture is final as to the defendant, ISRAEL CRUZ, and is deemed part of the sentence of the defendant and shall be included in the judgment of conviction therewith.

3. Upon execution of this Order of Forfeiture, and pursuant to 21 U.S.C. § 853, the United States Treasury Department shall be authorized to deposit the payments on the

Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

4. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and to issue subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

5. All payments on the outstanding money judgment shall be made by Postal money order, bank or certified check, made payable, in this instance to the "United States Treasury Department," and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrews Plaza, New York, New York 10007, and shall indicate the defendant's name and case number.

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

7. The Clerk of the Court shall forward four certified copies of this Order to Assistant United States Attorney, Sharon Cohen Levin, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       May 19, 2008

SO ORDERED:

_____
HONORABLE GERARD E. LYNCH
UNITED STATES DISTRICT JUDGE