

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

May 16, 2008

**By Hand**

The Honorable Gerard E. Lynch
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York  10007

      Re:    **United States v. Israel Cruz**
              **06 Cr. 504**

Dear Judge Lynch:

      At the sentencing in this matter on May 6, 2008, Your Honor ordered restitution in the amount of $5,800.  Per Your Honor's request, the following is a breakdown of the payees for the restitution payments:

- $1,360 to be made payable to HSBC Retail Services, 90 Christiana Road, New Castle, DE 19720, Attention:  Jennifer Beamer

- $1,240 to be made payable to Discover Financial LLC, New Albany Legal Department, P.O. Box 3005, New Albany, OH 43054, Attention:  Deb Surowicz

- $800 to be made payable to Citigroup Credit Services, Inc., 14700 Citicorp Dr., Building 2, Hagerstown, MD 21742, Attention Vicky Yeager

- $540 to be made payable to GE Money Bank, OH3-4336 , P.O. Box 8726, Dayton, OH 45401

- $60 to be made payable to Target Financial Services, Restitution Department, P.O. Box 1422, Minneapolis, MN 55416, Attention:  Diane Harris

- $1,800 to be made payable to People's United Bank, 850 Main Street, 11th Floor, Bridgeport, CT 06604

Honorable Gerard E. Lynch
May 16, 2008
Page 2 of 2

In light of the forfeiture count of the Information to which the defendant pled guilty, also enclosed herewith is a draft Order of Forfeiture in the amount of $5,800.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Jason B. Smith
Assistant United States Attorney
(212) 637-1026
(212) 637-2527(fax)

Cc (by Fax):

Roy R. Kulcsar, Esq.
Fax (201) 439-1478

The restitution as ordered in the judgment of May 6, 2008, shall be paid as set forth in the letter.

SO ORDERED

_____
GERARD E. LYNCH, U.S.D.J.
5/20/08