UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
            -v-                                              :
                                                             :           ORDER
ISRAEL CRUZ,                                                 :
                                                             :
                        Defendant.                           :
                                                             :
-------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

      On May 6, 2008, the Court sentenced defendant Israel Cruz to time served and two years of supervised release. The Court subsequently received a motion from Cruz alleging a violation of the Speedy Trial Act and requesting dismissal of charges. On June 16, 2008, the Court received a letter from defense counsel stating that Cruz prepared the motion prior to sentencing and that he now wishes to withdraw the motion.

      According, it is hereby ORDERED that defendant's motion for dismissal of charges (Doc. # 18) is deemed withdrawn. The Clerk of Court is respectfully directed to close that motion for all internal statistical purposes.

SO ORDERED.

Dated:    New York, New York
            June 16, 2008

                                                      GERARD E. LYNCH
                                                      United States District Judge